NUMBER 13-05-472-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

__________________________________________________________________

 

CHARLES EUGENE HORN,                                                             Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

__________________________________________________________________

 

                             On appeal from
the 179th District Court

                                         of Harris County, Texas.

__________________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

                         Before Justices
Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 

                                                                              








Appellant, CHARLES EUGENE HORN, attempts to appeal a conviction for possession of a controlled substance.  The trial court has certified that this Ais a plea-bargain case, and the defendant has NO
right of appeal.@  See Tex. R. App. P. 25.2(a)(2).

On August
2, 2005, this Court notified appellant=s counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On August
24, 2005, counsel filed a letter brief with this Court.  Counsel=s response does not establish (1) that the
certification currently on file with this Court is incorrect or (2) that
appellant otherwise has a right to appeal. 


The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 8th day of September,
2005.